ACCEPTED
05-15-00801-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/14/2015 12:00:00 AM
LISA MATZ
CLERK

## IN THE COURT OF APPEALS
### FOR THE FIFTH DISTRICT OF TEXAS AT DALLAS

**CASE NO. <u>05-15-00801-CV</u>**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/12/2015 2:45:53 AM
LISA MATZ
Clerk

| | | |
|---|---|---|
| **JAY SANDON COOPER,** | § | **ON APPEAL FROM:** |
| **Appellant** | § | |
| | § | **296ᵀᴴ JUDICIAL DISTRICT** |
| **V.** | § | |
| | § | **COLLIN COUNTY, TEXAS** |
| **PAUL MCNULTY,** | § | |
| **Appellee** | § | **CASE NO. <u>219-01611-2015</u>** |

### <u>NOTICE</u>

   **NOW COMES APPELLANT (RELATOR) JAY SANDON COOPER**, and makes this Notice regarding the Court Reporter.

1.     This Court of Appeals has issued notices to Court Reporter Indu Bailey, in the 219th District Court, setting due dates for the Reporter's Record (December 2 and December 21, 2015).

2.     The Legislature permitted District Courts to hear cases assigned to other District Courts. This case, that was originally assigned to the 219th District Court, was actually heard by the 296th District Court. The Court Reporter is not Indu Bailey. The Court Reporters are:

Jan Dugger
Official Court Reporter
296th District Court
2100 Bloomdale Road
McKinney, TX 75071
Phone: (972) 548-4407
jdugger@co.collin.tx.us

and

Appellant's Notice: Page 1

Carolin Peek
2515 Inwood Rd., Suite 207
Dallas, Texas  75235
Telephone: (214) 324-3733
Fax: (214) 432-5415
notariusreporting.com

3.     The identities and contact information regarding the Court Reporters was provided to this Court in Appellant's Docketing Statement filed on August 11, 2015.

4.     Appellant made payment arrangements with Ms. Dugger to provide the record in this case, and has paid Ms. Dugger $150.00 to date with an expectation of paying $150.00 upon completion of the record.  Appellant last communicated with Ms. Dugger on December 1, 2015.

5.     Appellant respectfully suggests that notices not be provided to Ms. Bailey, but instead that notices be provided to Ms. Dugger.

Dated: December 12, 2015.
Respectfully submitted,

/s/ Jay Sandon Cooper
Jay Sandon Cooper, Pro Se
1520 Janwood Dr.
Plano, Texas 75075
(972) 358-8999
Fax (none)
JaySandonCooper@gmail.com
APPELLANT / RELATOR

## CERTIFICATE OF SERVICE

This is to certify that on December 12, 2015, a true and correct copy of the foregoing and attached documents were served on the Collin County District Clerk Yoon Kim by and through Attorney Robert J. Davis, Matthews, Stein, Shiels, Pearce, Knott, Eden & Davis, L.L.P. 8131 LBJ Freeway, Suite 700 Dallas, Texas 75251, who has appeared and represented himself as counsel for the District Clerk.

In accordance with Rule 5, Tex.R.Civ.P. and Rule 9.2, Tex.R.App.P., this document is simultaneously being mailed to the Office of the District Clerk:

Collin County District Clerk Yoon Kim
The Collin County Courthouse
2100 Bloomdale Rd., Suite 12132
McKinney, Collin County, Texas 75071

A copy was also served to the Respondent and Real Party in Interest, via first class mail:

Timothy Dunn
Assistant City Attorney
P.O. Box 860358
Plano, Texas 75086-0358
Attorney for     Paul McNulty, Respondent
                 Honorable Judge of the Municipal Court,
                 City of Plano, Texas

REAL PARTIES IN INTEREST:
State of Texas: City Attorney Paige Mims
Michelle Voirin, Assistant City Attorney
Prosecution Office
        Raymond Robinson Justice Center
        900 E. 15th St.
        Plano, TX 75074
        Phone:(972) 941-2056
        michellev@plano.gov

                              /s/ Jay Sandon Cooper
                              Jay Sandon Cooper